UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 12-62357-Civ-SCOLA

U.S. SPECIALTY INSURANCE
COMPANY,

        Plaintiff,

v.

JET ONE EXPRESS, INC., THE ESTATE
OF ANTONIO EVANGELISTA
TAVAREZ-NATALIO, and THE ESTATE
OF URIEL BRISTOL,

        Defendants.
_____/

### AFFIDAVIT OF PARINAZ M. BRISTOL

Before me, the undersigned authority, personally appeared PARINAZ M. BRISTOL, who after being duly sworn, states as follows:

1. My name is Parinaz M. Bristol. I am over the age of 18 and otherwise competent to make this affidavit.

2. I have not been appointed Personal Representative of the Estate of Uriel Bristol by the Probate Court.

3. I am not the presumptive Personal Representative of the Estate of Uriel Bristol.

4. I am not the surviving spouse of the deceased. At the time of his death, Uriel Bristol was married, and his spouse is the expected Personal Representative of his estate.

5. I am the daughter-in-law of Uriel Bristol.

6. I am not authorized to act on behalf of the Estate of Uriel Bristol.

1

7. There is no pending application or petition for my appointment as Personal Representative of the Estate of Uriel Bristol.

AFFIANT FURTHER SAYETH NOT

_[signature]_
By: Parinaz M. Bristol

STATE OF FLORIDA    )
                    )
COUNTY OF BROWARD   )

Before me the undersigned authority, duly licensed to administer oaths and take acknowledgements, personally appeared Parinaz M. Bristol, who is personally known to me or who presented the following identification B623 6737 88 240, who, being by me first duly sworn, deposes and says that the foregoing Affidavit is true and correct to the best of his knowledge.

Sworn and subscribed this __4__ day of __January__, 2013.

_[signature]_
NOTARY PUBLIC

A. Eugenia BAUZA
Print Name
My Commission Expires: OCT 2 2013

A. EUGENIA BAUZA
MY COMMISSION # DD 926701
EXPIRES: October 2, 2013
Bonded Thru Budget Notary Services