# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of Florida

ORIGINAL ✓

Case Number: 0:12-CV-62357-XXXX

Plaintiff:
**U.S. SPECIALTY INSURANCE COMPANY**
vs.
Defendant:
**JET ONE EXPRESS, INC., THE ESTATE OF ANTONIO EVANGELISTA TAVAREZ-NATALIO, and THE ESTATE OF URIEL BRISTOL**


EQE2012002742

For:
Wallace C. Magathan, III, Esqui
Wallace C. Magathan, P.A.
9350 South Dixie Highway
Suite 1000
Miami, FL 33156

Received by Esquire Express Inc. on the 12th day of December, 2012 at 3:38 pm to be served on **PARINEZ M. BRISTOL as Personal Representative of THE ESTATE OF URIEL BRISTOL, 3150 SW 137th TERRACE, DAVIE, FL 33330.**

I, Gayle Johnson, do hereby affirm that on the **15th day of December, 2012 at 5:47 pm**, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the Civil Action Summons and Amended Complaint for Declatory Judgment with Exhibits with the date and hour of service endorsed thereon by me, to: PARINEZ M. BRISTOL at the address of: 3150 SW 137th TERRACE, DAVIE, FL 33330, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** The person served with said documents refused to state whether or not the Defendant is in the Military Service of the United States of America.

**Marital Status:** Based upon inquiry of party served, they refused to state whether or not the Defendant is married.

**Description** of Person Served: Age: 30s, Sex: F, Race/Skin Color: WHITE, Height: 5'6", Weight: 140, Hair: BLACK, Glasses: N

I certify that I am over 18 and have no interest in the above action, and am a Special Process Server, in good standing, in the 17th Judicial Circuit in and for Broward County, FL. Notary Not Required (F.S. 92.525).

Gayle Johnson
1267 SPS

Esquire Express Inc.
2275 East 11th Avenue
Hialeah, FL 33013
(305) 836-6066

Our Job Serial Number: EQE-2012002742
Ref: US SPECIALTY/JET ONE EXPRESS